**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50398 |
| Plaintiff - Appellee, | D.C. No. 3:07-cr-01164-LAB-1 |
| v. | Southern District of California, San Diego |
| JAVIER MONTES-RUIZ, | |
| Defendant - Appellant. | ORDER |

Before: GOULD and RAWLINSON, Circuit Judges, and LEMELLE, District Judge.[*]

The mandate issued on December 13, 2013, is hereby recalled.

The unopposed request for publication is granted, and the Memorandum

Disposition filed on November 20, 2013, is withdrawn. The withdrawn

memorandum disposition is replaced and superseded by the attached opinion.

---

[*] The Honorable Ivan L.R. Lemelle, District Judge for the U.S. District Court for the Eastern District of Louisiana, sitting by designation.